**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

MICHAEL L. McGINLEY, et al.,

        Plaintiffs/
        Counterclaim-Defendants,

vs.

LUV N' CARE, LTD., et al.,

        Defendants/
        Counterclaim-Plaintiffs.

Case No. 3:17-CV-00821 LEAD

Judge Terry A. Doughty

Magistrate Judge Karen L. Hayes

**MOTION FOR PARTIAL SUMMARY JUDGMENT –
LITERAL INFRINGEMENT**

Plaintiffs respectfully move the Court to enter a partial summary judgment under Fed.R.Civ.P. 56 determining that the importation into and/or the use, offers to sell and actual sale of the *Nuby Tear Free Rinse Pail* product by Defendants Luv n' care, Ltd. and BuyBabyDirect, LLC on and after January 28, 2014 literally infringed claims 1 and 6 of U.S. Patent No. 8,636,178 on the grounds that the facts material to the issue of literal infringement are beyond any genuine dispute and show that the *Nuby Tear Free Rinse Pail* (depicted in Exhibits K-5, K-11 and K-12) contains all of the elements of claims 1 and 6 of the '178 patent and that Plaintiffs are entitled to a judgment on the issue of literal infringement as a matter of law, all as is more fully explained in the memorandum of points and authorities that Plaintiffs have contemporaneously filed in support of this motion.

Plaintiffs' Statement of Material Facts as to Which there is No Dispute is submitted with this motion as Attachment 1. The affidavits, deposition testimony and exhibits supporting the entry of partial summary judgment are submitted with Plaintiffs' Statement of Material Facts as

Exhibits A-L.  Plaintiffs' memorandum of points and authorities in support of this motion is submitted as Attachment 33.  A proposed Order for the Court's consideration and use is submitted as Attachment 34.

WHEREFORE, Plaintiffs respectfully request the Court to find that the importation into and/or the use, offers to sell and actual sale of the *Nuby Tear Free Rinse Pail* product within the United States by Defendants Luv n' care, Ltd. and BuyBabyDirect, LLC on and after January 28, 2014 literally infringed claims 1 and 6 of U.S. Patent No. 8,636,178, grant partial summary judgment on the issue of literal infringement in favor of Plaintiffs and against Defendants Luv n' care and BuyBabyDirect as a matter of law, and award Plaintiffs such further relief as the Court deems proper.

Dated: November 8, 2018                    Respectfully Submitted,

                                           WALTERS RENWICK RICHARDS
                                            SKEENS & VAUGHAN, P.C.


                                           By  */s/ Kip D. Richards*
                                             Kip D. Richards – Mo. Bar 39743
                                             Michael B. Sichter – Mo. Bar 65154
                                             2500 City Center Square
                                             1100 Main Street
                                             Kansas City, MO 64196
                                             (816) 421-6620
                                             (816) 421-4747 (Facsimile)
                                             krichards@wrrsvlaw.com
                                             msichter@wrrsvlaw.com

                                           HUDSON, POTTS & BERNSTEIN, L.L.P.
                                           P.O. Drawer 3008
                                           Monroe, Louisiana 71210-3008
                                           (318) 388-4400

                                           By:  s/*J.P. Christiansen*
                                             Jan P. Christiansen
                                             Bar Roll No. 20142

2

ATTORNEYS FOR MICHAEL L.
MCGINLEY AND S.C. PRODUCTS, INC.


## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that this document was filed electronically with the United States District Court for the Western District of Louisiana, Monroe Division, with notice of case activity to be generated and sent electronically by the Clerk to all designated persons this **8th day of November 2018.**


_/s/ Kip D. Richards_

3