UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

MICHAEL L. McGINLEY, et al.,

*Plaintiffs*,

vs.

LUV N' CARE, LTD., et al.,

*Defendants.*

Case No 3:17-cv-00821 LEAD

Judge Terry A. Doughty

Magistrate Judge Karen L. Hayes

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF
<u>NONINFRINGEMENT</u>**

Luv n' care, Ltd. (LNC), Admar International, Inc. ("Admar"), BuyBabyDirect, LLC (BBD), Bayou Graphics and Design, LLC (BGD), Control Services, Inc. (CS), and HHHII, LLC (HHHII), (collectively Defendants), pursuant to Rule 56(b), Federal Rule of Civil Procedure, seek summary judgment that U.S. Patent No. 8,636,178 (the '178 Patent) asserted by Plaintiffs Michael L. McGinley and S.C. Products, Inc. (collectively SCP) is not infringed. As set forth in the Statement of Undisputed Material Facts and Memorandum of Law filed herewith, there is no dispute concerning the configuration of the one accused product, the Nuby Tear Free Rinse Pail, or the prosecution history of the '178 Patent. Based on the undisputed material facts and as a matter of law, the Nuby Tear Free Rinse Pail fails to meet the requirements in all claims that the claimed container have either a "generally flat sidewall" or "a generally flat inwardly flexible panel." A visual inspection of the Nuby Tear Free Rinse Pail reveals that it has no "generally flat" sidewall or flexible panel. In fact, all of the sidewalls and the flexible panel are curved contrary to the teaching of the '178 Patent.

1

In support of this Motion, Defendants submit an exemplar of the accused Nuby Tear Free Rinse Pail (Exhibit 249) together with photographs of the Nuby Tear Free Rinse Pail attached as Exhibits 249A-E, and copies of the '178 Patent, attached as Exhibit 31, and the file histories attached as Exhibits 39-1, 39-2 and 39-3 to the Statement of Undisputed Facts filed contemporaneously herewith.

Accordingly, the Court should grant summary judgment in favor of Defendants and enter judgment that Defendants do not infringe any claim of the '178 Patent.

WHEREFORE, Defendants pray that this Court grant its Motion for Summary Judgment declaring the '178 Patent not infringed.

Date:   November 8, 2018.

Respectfully submitted,

*/s/ Robert M. Chiaviello, Jr.*
Robert M. Chiaviello, Jr. (La. Bar # No. 37370)
Hartwell P. Morse, III (Admitted *Pro Hac Vice*)
**NUBYLAW**
3030 Aurora Street, 2nd Floor
Monroe, LA  71201
Telephone: (318) 410-4012
Facsimile: (318) 388-5892
Email:  bobc@nuby.com
          hartm@nuby.com

*Attorneys for Defendants Luv n' care, Ltd., Admar International, Inc., Bayou Graphics and Design, LLC, BuyBabyDirect, LLC, Control Services, Inc. and HHHII, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 8th day of November 2018, the foregoing document was served,

via electronic mail, upon the following:

Michael L.  McGinley and S.C.  Products, Inc.,
Through its counsel of record:

Kip D.  Richards
krichards@wbsvlaw.com
Michael B.  Sichter
msichter@wbsvlaw.com
**WALTERS BENDER STROHBEHN & VAUGHAN, P.C.**

Jan P.  Christiansen
jpchris@hpblaw.com
**HUDSON, POTTS & BERNSTEIN, L.L.P.**

/s/ Robert M.  Chiaviello, Jr.
Robert M.  Chiaviello, Jr.