UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

MICHAEL L. McGINLEY, et al.,

   *Plaintiffs,*

vs.

LUV N' CARE, LTD., et al.,

   *Defendants*.

Case No 3:17-cv-00821 LEAD

Judge Terry A. Doughty

Magistrate Judge Karen L. Hayes

**MOTION FOR SUMMARY JUDGMENT
ON PATENT INVALIDITY**

Luv n' care, Ltd. (LNC), Admar International, Inc. ("Admar"), BuyBabyDirect, LLC (BBD), Bayou Graphics and Design, LLC (BGD), Control Services, Inc. (CS), and HHHII, LLC (HHHII), (collectively Defendants), pursuant to Rule 56(a), Federal Rule of Civil Procedure and this Court's order entered on January 3, 2019, seek summary judgment that U.S. Patent No. 8,636,178 (the '178 Patent) asserted by Plaintiffs Michael L. McGinley and S.C. Products, Inc. (collectively McGinley) is invalid.

As set forth in the Statement of Undisputed Material Facts and Memorandum of Law filed herewith, there is no dispute concerning the prosecution history of the '178 Patent, that the filing date of the continuation-in-part (CIP) application Serial No. 12/255,797 that led to the '178 Patent is October 22, 2008 and that Plaintiffs placed on-sale in the United States more than one year prior to October 22, 2008, Shampoo Rinse Cup products meeting the claims of the '178 Patent.  Based on the undisputed material facts and as a matter of law, the '178 Patent is anticipated and invalid.

In support of this Motion, Defendants submit copies of the '178 Patent, attached as Exhibit 31 and the file histories of the '178 Patent attached as Exhibits 39-1, 39-2 and 39-3 to the Statement of Undisputed Facts filed contemporaneously herewith.

Accordingly, the Court should grant summary judgment in favor of Defendants and enter judgment that the '178 Patent is invalid.

WHEREFORE, Defendants pray that this Court grant their Motion for Summary Judgment declaring the '178 Patent invalid.

Date:   January 8, 2019.

Respectfully submitted,

/s/Robert M. Chiaviello
Robert M. Chiaviello, Jr. (La. Bar # No. 37370)
Hartwell P. Morse, III (Admitted *Pro Hac Vice*)
**NUBYLAW**
3030 Aurora Street, 2nd Floor
Monroe, LA  71201
Telephone: (318) 410-4012
Facsimile: (318) 388-5892
Email:  bobc@nuby.com
            hartm@nuby.com

*Attorneys for Defendants Luv n' care, Ltd., Admar International, Inc., Bayou Graphics and Design, LLC, BuyBabyDirect, LLC, Control Services, Inc. and HHHII, LLC*

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 8th day of January 2019, the foregoing document was served,

via electronic mail, upon the following:

Michael L. McGinley and S.C. Products, Inc.,
Through its counsel of record:

Kip D. Richards
krichards@wbsvlaw.com
Michael B. Sichter
msichter@wbsvlaw.com
**WALTERS BENDER STROHBEHN & VAUGHAN, P.C.**

Jan P. Christiansen
jpchris@hpblaw.com
**HUDSON, POTTS & BERNSTEIN, L.L.P.**

/s/ Robert M. Chiaviello, Jr.
Robert M. Chiaviello, Jr.

-3-