**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

MICHAEL L. McGINLEY, et al.,

      Plaintiffs/Counterclaim Defendants

vs.

LUV N' CARE, LTD., et al.,

      Defendants/Counterclaim Plaintiffs.

Case No. 3:17-CV-00821 LEAD

Judge Terry A. Doughty

Magistrate Judge Karen L. Hayes

**PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY
JUDGMENT ON PATENT VALIDITY**

Plaintiffs respectfully move the Court to enter partial summary judgment pursuant to F.R.C.P. 56(a) holding that the claims of Plaintiff Mike McGinley's continuation-in-part (CIP) application filed on October 22, 2008, from which U.S. Patent No. 8,636,178 (the '178 patent) issued, are entitled to the benefit of the filing date of the "parent" application (No. 10/770,325), filed on February 2, 2004, which claims priority from McGinley's original application filed on February 4, 2003, and entering judgment in favor of Plaintiffs on Defendants' asserted invalidity defense based on anticipation and 35 U.S.C. § 102(b) on the grounds that the undisputed facts material to Defendants' affirmative defense show that (1) the "effective" filing date of McGinley's 2008 CIP application is **February 4, 2003**, which was ***before*** Plaintiffs first offered to sell and began selling an embodiment of McGinley's flexible panel pitcher invention in 2004, and (2) Plaintiffs are entitled to a judgment on Defendants' asserted defense of patent invalidity as a matter of law.

Plaintiffs' Statement of Material Facts as to Which there is No Dispute is submitted with this motion as Attachment 1. The affidavits, prosecution histories and other exhibits supporting

the entry of partial summary judgment for Plaintiffs are referenced in Plaintiffs' Statement of Material Facts. Plaintiffs' memorandum of points and authorities in support of this motion is submitted as Attachment 2. A proposed Order for the Court's consideration and use is submitted as Attachment 3.

WHEREFORE, Plaintiffs respectfully request the Court to grant this Cross-Motion for Partial Summary Judgment on Patent Validity and enter judgment in favor of Plaintiffs on Defendants' asserted invalidity defense based on anticipation under 35 U.S.C. § 102(b) because the undisputed facts material to Defendants' asserted affirmative defense show that (1) the "effective" filing date of the claims of the '178 patent, which issued from the continuation-in-part application filed on October 22, 2008, is **February 4, 2003 – *before*** Plaintiffs first offered to sell and began selling an embodiment of McGinley's flexible panel pitcher invention in 2004, and (2) Plaintiffs are entitled to a judgment on Defendants' asserted defense of patent invalidity as a matter of law.

Dated: January 31, 2018

Respectfully Submitted,

WALTERS RENWICK RICHARDS
 SKEENS & VAUGHAN, P.C.

By  */s/ Kip D. Richards*
  Kip D. Richards – Mo. Bar 39743
  Michael B. Sichter – Mo. Bar 65154
  2500 City Center Square
  1100 Main Street
  Kansas City, MO 64196
  (816) 421-6620
  (816) 421-4747 (Facsimile)
  krichards@wrrsvlaw.com
  msichter@wrrsvlaw.com

HUDSON, POTTS & BERNSTEIN, L.L.P.
P.O. Drawer 3008
Monroe, Louisiana 71210-3008
(318) 388-4400

By:  s/*J.P. Christiansen*
    Jan P. Christiansen
    Bar Roll No. 20142

    ATTORNEYS FOR MICHAEL L.
    MCGINLEY AND S.C. PRODUCTS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically with the United States District Court for the Western District of Louisiana, Monroe Division, with notice of case activity to be generated and sent electronically by the Clerk to all designated persons this **31st day of January 2019.**

*/s/ Kip D. Richards*

3