UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **MICHAEL L. McGINLEY, ET AL.** | **CASE NO. 3:17-CV-00821 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LUV N' CARE, LTD., ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**AMENDED RULING**

Pending before the Court is the Motion for Clarification and/or Reconsideration of Bifurcation Ruling [Doc. No. 493] filed by Plaintiffs Michael L. McGinley and S C Products, Inc., (collectively "Plaintiffs"). Plaintiffs argue that they have a constitutional right under the Seventh Amendment and controlling law to have the same jury decide all the remaining issues in this action including (1) whether Defendant infringed the '178 patent literally or based on the doctrine of equivalents by importing and/or using, offering to sell or selling the original and redesigned versions of the Nuby Tear Free Rinse Pail to Defendant's U.S. customers in the U.S. and to a number of different "international distributors"; (2) if infringement is found, whether the infringement was "willful"; (3) whether the '178 Patent is invalid as obvious, as Defendant contends; and (4) the per-unit royalty rate that the parties' royalty experts both agree should be paid to Plaintiffs if infringement is found. [Doc. No. 493-1 at 1].

Plaintiffs contend that none of these issues cannot be properly decided by a special master in a post-trial accounting proceeding. [Doc. No. 493-1 at 2]. Plaintiffs further argue that an accounting may not even be necessary given Defendants' recent "supplemental" document production and discovery responses. [Doc. No. 493-1 at 2]. Plaintiffs also note that the parties agree that the length of trial should last 6-7 days. [Doc. No. 493-1 at 2] (citing Doc. No. 487 at 40-41).

For the reasons stated in the Ruling, the Court finds that bifurcation in this case is

warranted. [Doc. No. 491]. However, the Court is persuaded that the same jury should decide the issues identified by Plaintiffs. Accordingly, the Court amends and clarifies it previous Ruling and Judgment [Doc. Nos. 491 and 492] as follows.

The Court will bifurcate the trial into two phases. During the first phase, the jury will hear evidence of infringement and invalidity and evaluate and rule on those issues. During the second phase, if necessary, the jury will hear evidence on willful infringement and damages. Each side will have sixteen and a half (16.5) hours to present their complete case, inclusive of argument time (*e.g.*, raising evidentiary issues to the Court), and the parties may allocate their respective trial time across the two phases as they so choose. Typically, the Court will split argument time evenly between the parties.

MONROE, LOUISIANA, this 29th day of December 2023.

_____
TERRY A. DOUGHTY
U.S. DISTRICT JUDGE